IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CARLOS CUELLAR, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CAUSE NO. <u>4:18-cv-03635</u> |
| | § | |
| AIR EVAC EMS, INC. a/k/a | § | |
| AIR EVAC LIFETEAM, | § | |
| | § | |
| *Defendant.* | § | |

## STATE COURT PLEADINGS FILED WITH
<u>DEFENDANT'S NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. § 1446(a), the following documents are attached to Defendant's Notice of Removal:

1. Plaintiff's Original Petition;

2. Exhibit A to Plaintiff's Original Petition;

3. Citation to Defendant;

4. Return service of Citation;

5. Defendant's Original Answer

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

**CL-18-4403-D**

CAUSE NO. _____

| | | |
|---|---|---|
| **CARLOS CUELLAR,** | § | **IN THE COUNTY COURT** |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **AT LAW NO. __** |
| | § | |
| **Air Evac EMS Inc., d/b/a Air Evac** | § | |
| **Lifeteam** | § | |
| *Defendants* | § | **HIDALGO COUNTY, TEXAS** |

## PLAINTIFF CARLOS CUELLAR'S ORIGINAL PETITION

**TO THE HONORABLE COURT:**

   **COMES NOW, CARLOS CUELLAR** (hereinafter referred to as Plaintiff) complaining of **AIR EVAC EMS INC. d/b/a AIR EVAC LIFETEAM** (hereinafter referred to as the "Defendant", "Defendant employer" or "Air Evac") and for such causes of action would respectfully show unto the Court and the Jury as follows:

### I.
### Discovery Level

   1.1   Discovery in this litigation is intended to be conducted under Level 3, Texas Rule of Civil Procedure 190. Plaintiff Carlos Cuellar requests that discovery be conducted under Level 3 and that non-expedited discovery rules apply as the compensable damages exceed $100,000.

### II.
### Parties

   2.1   Plaintiff, **CARLOS CUELLAR**, is an individual residing in Weslaco, Hidalgo County, Texas.

   2.2   Defendant **AIR EVAC EMS INC. d/b/a AIR EVAC LIFETEAM** is a business in the State of Texas and may be served by serving its registered agent as follows:

Date: 10/05/2018
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed on 23 August 2018
By: _____ Deputy Clerk

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

**CL-18-4403-D**

**Corporation Service Company**
**211 E 7th St., Suite 620**
**Austin, Texas 78701**

2.3     Service of citation is requested *Via Certified Mail, Return Receipt Requested.*

**III.**
**Venue and Jurisdiction**

3.1     Venue is proper in Hidalgo County, Texas in that the incident made the basis of this

cause of action occurred in Hidalgo County, Texas.

**IV.**
**NO FEDERAL CLAIMS MADE**

4.1     Plaintiff hereby gives notice that the only causes of action he intends to litigate are

those concerning rights afforded to him under the Texas Constitution and rights afforded to him by

the Texas Labor Code and the Common Law of the Sovereign State of Texas.   The Plaintiff

hereby affirmatively avers that he has not alleged any federal cause of action.

**V.**
**Administrative Procedures**

5.1     Within 180 days of the occurrence of the acts complained of, Plaintiff filed his

initial complaint with the Texas Workforce Commission - Civil Rights Division, formerly known

as the Texas Commission on Human Rights alleging that the Defendant employer had committed

unlawful employment practices against the Plaintiff in violation of the Texas Commission on

Human Rights Act (sometimes hereinafter referred to as the "TCHRA").   The formal charge and

the "Notice of the Right to File A Civil Action Letter" were filed and received as follows:

| | |
|---|---|
| Formal Complaint Filed: | December 20, 2017 |
| Notice of Right to File A<br>Civil Action Letter Received: | June 29, 2018 |

Date: 10/05/2018

I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed on 23 August 2018.

By: _Cassandra Mora_
Deputy Clerk

CUELLAR Carlos:   Plaintiff's Original Petition                                        Page 2 of 10

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

**CL-18-4403-D**

6.5     During the last six months of employment Plaintiff was subjected to discriminatory animus, disparate treatment and/or hostile work environment. Plaintiff notified the Program Director, Max Lopez that he was under medical care for a thyroid problem and high blood pressure which caused his weight to fluctuate and that Plaintiff could not control it.

6.6     Plaintiff handed Max Lopez a Dr.'s note and excuse representing this fact. Mr. Lopez accepted the letter and told Plaintiff that he would file it and not to worry about the weigh in.

6.7     Plaintiff wrote a statement and also had a phone interview with the Director of HR that was recorded. In that recorded conversation, Plaintiff was asked several different ways if he understood the policy which he had signed the year before and why had Plaintiff allegedly weighed in unobserved.

6.8     Plaintiff stated several times that he fully expected to be observed as soon as his Program Director returned from his meeting, just like all of the other employees in front of his name were waiting on the list as well.

6.9     Once the Program Director returned to the base he observed everyone on the list weigh in, including Plaintiff.   Plaintiff did not break policy because as he understood the policy a Base Pilot Supervisor will not sign an employee's unobserved weight. Plaintiff did not sign off anyone's unobserved weight. All personnel signed in to the weight sheet as employees and left the sign off of the managers' blank for the Program Director to sign.

6.10    On June 29, 2017, Plaintiff was notified by Mark Fisher that he was terminated effective immediately for allegedly failing to follow the weigh in policy. However Plaintiff did comply with the weigh in policy as soon as the Program Director returned to the base. Out of 6 people who followed the same procedure as Plaintiff did that day, Plaintiff was the only one terminated. There are pilots who have crashed aircraft and killed people that have kept their jobs.

10/05/2018

Date: _____

I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office on
23 August 2018
By: _____
Deputy Clerk

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

**CL-18-4403-D**

There are pilots who have not followed policy and damaged aircraft in the hundreds of thousands of dollars, and they still have their jobs.

## VII.

### Causes of Action - Section 21.051 Discrimination by Employer

**A.     Violations of the Texas Commission on Human Rights Act**

7.1     Plaintiff re-alleges the allegations contained in Section VI, entitled *Factual Background*.

7.2     During his last several months of employment, Plaintiff was subjected to disparate treatment as well as a hostile work environment on account of his age (50; DOB: 03/03/1966) and his disability (thyroid disorder/high blood pressure).

7.3.    Plaintiff suffers from a disability that either with or without a reasonable accommodation can perform the substantial functions of his job.   To the extent that Plaintiff is not considered disabled, he has been treated as if he were regarded as being disabled due to his record of impairment.

7.4     On or about June 29, 2017, Plaintiff was unlawfully terminated by members of Defendant's management.

7.5     Plaintiff asserts that a motivating or determining factor in his unlawful termination was because he was discriminated against in violation of the Texas Commission on Human Rights Act on account of his age (50; DOB: 03/03/1966) and/or his disability (actual, perceived as, regarded as).   Plaintiff has been unlawfully discriminated against and/or retaliated against in violation of the Texas Commission on Human Rights Act as amended.

7.6     The Defendant, their agents, servants, and employees discharged or in some other manner discriminated against Plaintiff on account of his age in violation of the Texas Commission on Human Rights Act

CUELLAR Carlos:   Plaintiff's Original Petition                                    Page 5 of 10

Date:   10/05/2018
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office
By: _____ / 23 August 2018
                              Deputy Clerk

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

CL-18-4403-D

**Section 21.051 Discrimination by Employer:**

7.7     An employer commits an unlawful employment practice if because of race, color, *disability*, religion, sex, national origin, or *age*, the employer:

1.     *Fails or refuses to hire an individual, discharges an individual, or discriminates in any other manner against the individual in connection with compensation or the terms, conditions, or privileges of employment*; or

2.     *Limits, segregates or classifies* an employee or applicant for employment in a manner that would deprive or tend to deprive an *individual of any employment opportunity or adversely affect in any other manner the status of the employee.*
(Vernon's 2017)(emphasis added).

7.8     Further, Plaintiff alleges that the wrongful termination by the Defendant employer was a form of retaliation because of his complaints of discrimination.   Such actions are prohibited by an employer as follows:

**Section 21.055, Retaliation**

An employer, labor union or employment agency commits an unlawful employment practice if the employer, labor union or employment agency *retaliates* or *discriminates* against a person who, under this Chapter:

1.     *Opposes discriminatory practice*;

2.     Makes or files a charge;

3.     Files a complaint; or

4.     Testifies, assists or participates in any manner in an investigation, proceeding or hearing.

(Vernon's 2017)(emphasis added).

7.9     As a result of the discriminatory treatment, his ultimate termination and/or and the acts described herein, Plaintiff has suffered damages as further alleged in this Petition.

Date: 10/05/2018
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office on August 2018
By: _____
Deputy Clerk

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

**CL-18-4403-D**

## VIII.

### Actual Damages

8.1     As a result of the incident made the basis of this suit, Plaintiff has incurred damages

in the following respects:

**A.     Lost Earnings and Special Damages**

8.2     At the time of the incident complained of, Plaintiff was gainfully employed.   As a

proximate result of the wrongful conduct and corresponding acts of the Defendant employer,

Plaintiff was unable to attend to his occupation and thereby suffered a loss of income for which he

hereby sues.   As a result of the wrongful conduct and corresponding acts of the Defendant

employer, the Plaintiff's earnings, retirement and capacity to earn a livelihood were severely

impaired.   In all reasonable probability, the Plaintiff's loss of earnings and loss of earning

capacity will continue long into the future, if not for the balance of the Plaintiff's natural life.

Plaintiff therefore sues for any lost earnings in the form of back pay, lost wages, front pay,

retirement benefits, and fringe benefits, lost future earnings and/or diminished earning capacity to

the extent permitted by law due to the acts complained of above.

**B.     Past and Future Mental Anguish**

8.3     As a result of the incident described above, that is made the basis of this suit,

Plaintiff has suffered physical injuries, sickness and/or illness as well as emotional distress, loss of

enjoyment of life, mental anguish and other hedonic damages.   The Plaintiff has suffered feelings

of anxiety, worthlessness, embarrassment, and inferiority. The Plaintiff has further suffered

ill-health effects including, but not limited to, agitation, restlessness, sleeplessness, depression

and/or loss of self-esteem due to the discriminatory treatment and/or his illegal termination or

wrongful discharge.   In all reasonable probability, Plaintiff will continue to suffer such physical

injuries, sickness and/or illness as well as emotional distress, loss of enjoyment of life, mental

Date:    10/05/2018
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office
By:                          28 August 2018
                    Deputy Clerk

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

CL-18-4403-D

anguish and other hedonic damages for a long time into the future, if not for the balance of his natural life.

## IX.
### Attorney's Fees

9.1     By reason of the allegations of this petition and should Plaintiff be designated the "prevailing party", Plaintiff is entitled to recover attorney's fees in a sum that is reasonable and necessary.   In this connection, Plaintiff will show that he has employed the undersigned attorney to assist him in the prosecution of this action.   Plaintiff further seeks an upward adjustment or enhancement to the *lodestar* amount of attorney's fees to be determined in the prosecution of this lawsuit.   A reasonable attorney's fee is further requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts.   If ultimately successful in this case, plaintiff fully expects that the defendant employer will appeal this case.   Plaintiff seeks attorney's fees to compensate the plaintiff for the attorney's fees he has and will incur in the prosecution of this lawsuit, both at trial and on appeal.   Plaintiff further pleads for the recovery of reasonable and necessary expenses for the use of associate counsel, paralegals and/or law clerks that assist in the prosecution of the case.   As permitted, Plaintiff also seeks to re-coup all litigation expenses expended in the prosecution of this lawsuit.

## X.
### Exemplary Damages

10.1     The conduct of the Defendant, as set out above, was carried out and constituted such an entire want of care as to constitute a conscious indifference to the rights or welfare of the Plaintiff.   Because of the spite, ill-will, malicious and/or fraudulent intent held by the Defendant's management toward the Plaintiff, such management, acting in a willful and intentional manner, committed certain acts calculated to cause injury and/or damage to the Plaintiff.   Accordingly, the

Date: _10/05/2018_

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in 23 August 2018

By: _____ Deputy Clerk

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

CL-18-4403-D

Defendant acted with malice, actual malice and/or a specific intent to injure the Plaintiff.   Plaintiff is hereby entitled to recover exemplary or punitive damages to deter such cruel and undignified procedures by the Defendant and their management in the future.   Accordingly, Plaintiff requests that punitive damages be awarded against the Defendant as a result of its egregious violations of the law.

## X1.
## Demand for Trial by Jury

11.1   Plaintiff, by and through his attorney of record and pursuant to Rule 216 of the Texas Rules of Civil Procedure makes and files this Demand for Trial by Jury in the above styled and numbered cause.   Contemporaneously with the filing of this jury demand, Plaintiff has deposited the required jury fee with the County Clerk of Hidalgo County, Texas.   Plaintiff requests that this case be set on the jury docket of the court for disposition in due order and as soon as practicable.

**WHEREFORE,** Plaintiff, **CARLOS CUELLAR** prays that this Honorable Court grant the following:

(1)   Judgment against the Defendant, **AIR EVAC EMS INC. d/b/a AIR EVAC LIFETEAM** for the Plaintiff's actual damages;

(2)   Punitive damages;

(3)   Attorney's fees;

(4)   Pre-judgment interest allowed by law;

(5)   Interest on said judgment at the legal rate from the date of judgment;

(6)   For costs of suit herein; and

(7)   For such other and further relief at law or in equity to which the Plaintiff may show himself justly entitled to receive and for which he shall forever pray.

Date: _10/05/2018_

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office on 23 August 2018

By: _____ Deputy Clerk

Electronically Submitted
8/23/2018 2:36 PM
Hidalgo County Clerks Office
Accepted by: Cassandra Mora

**CL-18-4403-D**

Respectfully submitted,

**THE LAW OFFICES OF
CARLOS E. HERNANDEZ, JR., P.C.**
200 N. 12th Ave., Suite 102
Edinburg, Texas 78541-3503
Telephone: (956) 386-0900
Facsimile: (956) 380-0771
carlos.hernandezjr@gmail.com
hernandezjrlawfirm@yahoo.com
By: /s/carlos e. hernandez, jr.
Carlos E. Hernandez, Jr.
State Bar No. 00787681

**THE LAW OFFICES OF
JOSE G. GONZALEZ**
2102 West University,
Edinburg, Texas 78539
Telephone: (956) 383-2143
Facsimile: (956) 383-2147
jgglaw@gmail.com

By: /s/jose "joe" g. gonzalez
Jose "Joe" Guadalupe Gonzalez.
State Bar No. 24053234

**ATTORNEYS FOR PLAINTIFF
CARLOS CUELLAR**



Date: 10/05/2018
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By:
Deputy Clerk

CL-18-4403-D

# EXHIBIT A



Date: 10/05/2018

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

By: _____
Deputy Clerk

# Texas Workforce Commission

A Member of Texas Workforce Solutions

Andres Alcantar, Chairman
Commissioner Representing the Public

Ruth R. Hughs
Commissioner Representing Employers

Julian Alvarez
Commissioner Representing Labor

Larry E. Temple
Executive Director

Carlos Cuellar
c/o Carlos E. Hernandez, Jr.
**THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR. P.C.**
200 N. 12th Avenue, Suite 102
Edinburg, TX 78541

## NOTICE OF DISMISSAL AND RIGHT TO FILE CIVIL ACTION

### Carlos Cuellar v. AIR EVAC EMS, INC

| TWCCRD Charge No.<br>1A18494 | EEOC Charge No.<br>31C-2018-00452 | TWCCRD Representative:<br>Railin Isaac |
|---|---|---|

The Civil Rights Division has dismissed this Charge and is closing its file for the following reason:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TWCCRD.

[ ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Labor Code, Chapter 21.

[ ]  The Respondent employs less than the required number of employees or not otherwise covered by the statutes.

[ ]  We cannot investigate your charge because it was not filed within the time limits required by law.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief.

[ ]  The TWCCRD issues the following determination:  Based upon its investigation, the TWCCRD is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]  **Other: Notice of Right to File Civil Action.**

101 E. 15th Street • Guadalupe CRD • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 482-8465 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988
(Voice) • www.texasworkforce.org

Equal Opportunity Employer / Program

**TEXAS**
**WORKFORCE SOLUTIONS**



Date    10/05/2018
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By
        Deputy Clerk

Carlos Cuellar v. AIR EVAC EMS, INC    **CL-18-4403-D**
TWCCRD Charge No: 1A18494
EEOC Charge No. 31C-2018-00452
Page 2

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

## EEOC REVIEW NOTICE:

As your charge was dual filed under Title VII of the Civil Rights Act/Age Discrimination in Employment Act/Americans with Disabilities Act, which are enforced by the U.S. Equal Employment Opportunity Commission (EEOC), you have the right to request an EEOC review of this final decision on your case. **To secure a review, you must request it in writing within fifteen (15) days from the date of the notice.** Send your request to: San Antonio EEOC, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

On behalf of the Division

Lowell A. Keig
Division Director

6/26/2018
Date

AIR EVAC EMS, INC
c/o Patrick S. Richter
JACKSON LEWIS P.C.
816 Congress Ave., Suite 1530
Austin, TX 78701



Date: 10/05/2018
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk

CL-18-4403-D

U.S. POSTAGE >> PITNEY BOWES

$ 006.67°

ZIP 78701
02 4W
0000345721 JUN 27 2018

RECEIVED

JUN 29 2018

THE LAW OFFICE OF
CARLOS E. HERNANDEZ, JR.

CERTIFIED MAIL

7016 0600 0000 4773 5846

CARLOS CUELLAR
C/O CARLOS E. HERNANDEZ, JR.
THE LAW OFFICES OF CARLOS E. HERNANDEZ,
JR. P.C.
200 N. 12TH AVE., STE. 102
EDINBURG, TX 78541

78541-3603 0004

U-11
TEXAS WORKFORCE COMMISSION
Civil Rights Division
101 East 15th Street, Guadalupe CRD
Austin, TX 78778-0001

OFFICIAL BUSINESS


Date: 10/05/2018
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By
Deputy Clerk

**CAUSE NO. CL-18-4403-D**

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:     AIR EVAC EMS, INC., d/b/a AIR EVAC LIFETEAM
        SERVED BY SERVING ITS REGISTERED AGENT
        CORPORATION SERVICE COMPANY
        211 E 7TH ST., SUITE 620
        AUSTIN, TEXAS 78701

GREETINGS: YOU ARE HEREBY COMMANDED TO APPEAR by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #4 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 23rd day of August, 2018 in this Cause Numbered CL-18-4403-D on the docket of said Court, and styled,

**CARLOS CUELLAR**
vs.
**AIR EVAC EMS, INC. D/B/A AIR EVAC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition (OCA) accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
    JOSE G. GONZALEZ
    2102 W UNIVERSITY DR
    EDINBURG TX 78541

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 30th day of August, 2018.

                        ARTURO GUAJARDO, JR.
                        COUNTY CLERK, HIDALGO COUNTY, TEXAS
                        100 N. CLOSNER
                        EDINBURG, TEXAS 78539
                        COUNTY COURT AT LAW #4


                        BY _____ DEPUTY
                              CASSANDRA MORA



Date: 10/05/2018

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
            Deputy Clerk

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN

      Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

      Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____        By: _____
     CIVIL PROCESS SERVER                                      DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**

      Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By; _____        By: _____
     CIVIL PROCESS SERVER                                      DEPUTY SHERIFF/CONSTABLE

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ____ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

Date: __10/05/2018__
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
      Deputy Clerk

 **UNITED STATES POSTAL SERVICE**

September 6, 2018

**RECEIVED**

09/06/2018

Hidalgo County Clerk's Office

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 0661 5400 0128 0348 53**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | September 6, 2018, 8:23 am |
| **Location:** | AUSTIN, TX 78760 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | AIR EVAC EMS  INC   D B A AIR EVAC LIFETEAM |

## Shipment Details

## Recipient Signature



| | |
|---|---|
| Signature of Recipient: | 762. KYLE RATZLAFF |
| Address of Recipient: | 211 6. 7th   CSC (STE 620) |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000128034853
CL-18-4403-D
AIR EVAC EMS, INC., D/B/A AIR EVAC LIFETEAM
SERVED BY SERVING ITS REGISTERED AGENT
Corporation Service Company
211 E 7th St Ste 620
Austin, TX  78701-3218

Date: 10/05/2018
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: Cassandra Merca
Deputy Clerk

Electronically Submitted
10/1/2018 9:36 AM
Hidalgo County Clerk
Accepted by: Cassandra Mora

### CAUSE NO. CL-18-4403-D

| | | |
|---|---|---|
| **CARLOS CUELLAR,** | § | **IN THE COUNTY COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **AT LAW NO. 4** |
| | § | |
| **AIR EVAC EMS, INC. d/b/a AIR EVAC** | § | |
| **LIFETEAM,** | § | |
| | § | **HIDALGO COUNTY, TEXAS** |
| *Defendant* | § | |

### DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S ORIGINAL PETITION

Defendant Air Evac EMS Inc., d/b/a Air Evac Lifeteam ("Air Evac" or "Defendant"), by and through the undersigned counsel, files its Original Answer and Affirmative Defenses ("Answer") to Plaintiff's Original Petition ("Petition") and would respectfully show the Court as follows:

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every allegation contained in Plaintiff's Petition and demands strict proof thereof.

### AFFIRMATIVE DEFENSES

1.      Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to take reasonable steps to adequately mitigate his alleged damages, if any.

2.      Defendant asserts its entitlement to any allowable credits or offsets against a judgment, if any, in favor of Plaintiff.

3.      Defendant invokes all applicable damages caps or limitations, including but not limited to the limitations set forth in TEX. CIV. PRAC. & REM. CODE §41.008 and/or any other

**DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S ORIGINAL PETITION**



Date: 10/05/2018
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: _____
Deputy Clerk

Electronically Submitted
10/1/2018 9:36 AM
Hidalgo County Clerk
Accepted by: Cassandra Mora

applicable statutory damages caps available under the Texas Labor Code or otherwise under Texas law.

4.       Defendant pleads all limitations on an award or the amount of exemplary damages as set forth in the Texas Civil Practice and Remedies Code.

5.       Plaintiff's claims for punitive damages are barred to the extent they are in violation of the Constitutions of the United States and the State of Texas, or any other applicable law.

6.       In addition to the foregoing defenses, Defendant reserves the right to assert any other defenses available upon the completion of discovery.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that Plaintiff take nothing by his claims, that Plaintiff's claims against Defendant be dismissed with prejudice, that the Court enter final judgment in its favor, and that Defendant recover all costs, including reasonable attorneys' fees, together with such other and further relief, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

By:   _/s/ Julie C. Tower_
      Patrick S. Richter
      State Bar No. 00791524
      patrick.richter@jacksonlewis.com
      Julie C. Tower
      State Bar No. 24070756

Date:   10/05/2018
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _Cassandra Mora_
Deputy Clerk

**DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S ORIGINAL PETITION**

**PAGE 2**

Electronically Submitted
10/1/2018 9:36 AM
Hidalgo County Clerk
Accepted by: Cassandra Mora

julie.tower@jacksonlewis.com
JACKSON LEWIS PC
816 Congress Avenue, Suite 1530
Austin, Texas 78701
PH:  (512) 362-7100
FX:  (512) 362-5574

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was forwarded by facsimile and U.S. Mail on the 1st day of October, 2018 to the following counsel of record:

        Carlos E. Hernandez, Jr.
        THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.
        200 N. 12th Ave., Suite 102
        Edinburg, Texas 78541-3503
        Tel.: (956) 386-0900
        Fax: (956) 380-0771

        Jose "Joe" Guadalupe Gonzalez
        The Law Offices of Jose G. Gonzalez
        2102 West University
        Edinburg, Texas 78539
        Tel.: (956) 383-2143
        Fax: (956) 383-2147

                                      /s/ Julie C. Tower
                                  Julie C. Tower



Date: 10/05/2018
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _Cassandra Mora_
Deputy Clerk

**DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S ORIGINAL PETITION**
                                          **PAGE 3**